# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>CONSTELLATION ENERGY CORPORATION and ALLIANCE SHAREHOLDER COMMUNICATIONS, LLC,<br><br>   Defendants. | Case No. 1:22-CV-00830-DLB |

## MOTION TO DISMISS

Defendant Alliance Shareholder Communications, LLC ("Alliance") respectfully moves this Court to dismiss Plaintiff Andrew Perrong's ("Plaintiff") Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of the Motion to Dismiss, Defendant incorporates herein the facts and arguments presented in the Memorandum of Law in Support of Defendant's Motion to Dismiss. Additionally, pursuant to Local Rule 105.6, Defendant respectfully request an oral argument on this motion.

Dated: August 16, 2022

Respectfully submitted,

 */s/ William M. Krulak, Jr.*
**MILES & STOCKBRIDGE P.C.**
William M. Krulak, Jr. (Fed. Bar No. 26452)
100 Light Street
Baltimore, Maryland 21202
(410) 385-3448
wkrulak@milesstockbridge.com

Eric Troutman (*pro hac vice*)
530 Technology Drive
Suite 200
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
troutman@troutmanfirm.com

*Counsel for Defendant Alliance
Shareholder Communications, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2022, a true and correct copy of the foregoing Motion to Dismiss, Memorandum in Support of and Proposed Order were electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

 */s/ William M. Krulak, Jr.*
William M. Krulak, Jr.