|  |  |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CONSTELLATION ENERGY CORPORATION and ALLIANCE SHAREHOLDER COMMUNICATIONS, LLC,<br><br>        Defendants. | **Case No. 1:22-CV-00830-DLB** |

## [Proposed] Order

This Court, having considered Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, the papers filed by the parties therein, and having heard the oral argument of counsel, hereby ORDERS that Plaintiff's Complaint (ECF No. 1) is dismissed with prejudiced.

It is SO ORDERED on this ___ day of _____, 2022.


                                      By:_____
                                           Deborah L. Boardman
                                           United States District Judge