# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW PERRONG, *individually and on behalf of a class of all persons and entities similarly situated*, | * |
| | * |
| Plaintiffs, | * |
| v. | * Case No. 1:22-CV-00830-DLB |
| CONSTELLATION ENERGY CORPORATION and ALLIANCE SHAREHOLDER COMMUNICATIONS, LLC, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSTELLATION ENERGY CORPORATION'S
## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Constellation Energy Corporation ("Constellation"), by and through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), hereby moves to dismiss Plaintiff's Class Action Complaint ("Complaint"), ECF 1, and in support states as follows:

1. For the reasons set forth in the accompanying memorandum of law, Constellation moves to dismiss the Complaint pursuant to 12(b)(6) for failure to state a claim against Constellation based upon vicarious liability.

2. Constellation also moves to dismiss the Complaint pursuant to 12(b)(6) for failure to state a claim because the TCPA is unconstitutional on its face and as applied in this case, and hereby incorporates the points and authorities set forth in the Memorandum of Law in support of the Rule 12(b)(6) Motion to Dismiss filed by Alliance Shareholder Communications, LLC ("Alliance"), ECF 29-1.

3.      Constellation further moves to dismiss the Complaint pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction for failure to demonstrate concrete harm, as necessary for Article III standing, and hereby incorporates the points and authorities set forth in the Memorandum of Law in support of the Rule 12(b)(1) Motion to Dismiss filed by Alliance, ECF 30-1.

WHEREFORE, for the reasons set forth in Constellation's accompanying memorandum of law and the briefs submitted by Alliance, Constellation respectfully requests that the Court enter an Order granting the instant Motion to Dismiss.

Dated:  August 16, 2022

Respectfully submitted,

*/s/ Sarah A. Zielinski*
Sarah A. Zielinski (*pro hac vice*)
Kali M. Yallourakis (*pro hac vice*)
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
(312) 849-8100
(312) 849-3690 Fax
szielinski@mcguirewoods.com
kyallourakis@mcguirewoods.com

Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 E. Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
(410) 659-4432
(410) 659-4482 Fax
mmartinez@mcguirewoods.com

***Counsel for Defendant Constellation Energy Corporation***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2022, a copy of the foregoing Motion to Dismiss Plaintiff's Class Action Complaint, Memorandum of Law, and Proposed Order, were served via the Court's CM/ECF system upon all counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez