# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW PERRONG, *individually and on behalf of a class of all persons and entities similarly situated*, | * |
| | * |
| Plaintiffs, | * |
| v. | * Case No. 1:22-CV-00830-DLB |
| CONSTELLATION ENERGY CORPORATION and ALLIANCE SHAREHOLDER COMMUNICATIONS, LLC, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of the Motion to Dismiss Plaintiff's Class Action Complaint (the "Motion") filed by Defendant Constellation Energy Corporation ("Constellation"), and any oppositions and replies thereto, it is this _____ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Class Action Complaint is Dismissed with Prejudice.

_____
The Hon. Deborah L. Boardman
United States District Judge