IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY CORPORATION and ALLIANCE SHAREHOLDER COMMUNICATIONS, LLC,<br><br>Defendants. | Case No. 1:22-CV-00830-DLB |

## NOTICE OF CONSTITUTIONAL CHALLENGE TO THE TELEPHONE CONSUMER PROTECTION ACT

Defendant Alliance Shareholder Communications, LLC ("Alliance") gives notice pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure that it has filed a motion that calls into question the constitutionality of a federal statute, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq.

Alliance has filed a Motion to Dismiss in which Alliance claims that the TCPA and its implementing regulations impose unconstitutional, content-based restrictions on speech in violation of the First Amendment of the U.S. Constitution.

Pursuant to Federal Rule of Civil Procedure 5.1(a), copies of this Notice and the referenced Motion are being served on the Attorney General of the United States, via certified mail to the Attorney Merrick B. Garland, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

Dated:  August 17, 2022

Respectfully submitted,

*/s/ William M. Krulak, Jr.*
**MILES & STOCKBRIDGE P.C.**
William M. Krulak, Jr. (Fed. Bar No. 26452)
100 Light Street
Baltimore, Maryland 21202
(410) 385-3448
wkrulak@milesstockbridge.com

Eric Troutman (*pro hac vice*)
530 Technology Drive
Suite 200
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:  (949) 203-8689
troutman@troutmanfirm.com

*Counsel for Defendant Alliance Shareholder Communications, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

*/s/ William M. Krulak, Jr.*
William M. Krulak, Jr.