IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW PERRONG,<br><br>      Plaintiff,<br>v.<br><br>CONSTELLATION ENERGY CORPORATION et al.,<br><br>      Defendants. | Civil Action No. 1:22-830 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

On November 4, 2022, Defendant Alliance Shareholder Communications, LLC filed a motion to dismiss the First Amended Complaint that raised a constitutional challenge to the Telephone Consumer Protection Act, 47 U.S.C. § 227. *See* ECF No. 45. The United States may intervene in any action challenging the constitutionality of an act of Congress, *see* 28 U.S.C. § 2403(a), and the Court's October 21, 2021 order allows the United States to intervene any time before January 3, 2023, *see* ECF No. 42.

The United States respectfully moves to extend that deadline by sixty days, up to and including March 6, 2023. There is good cause for an extension: the Solicitor General must approve intervention by the United States. *See* 28 C.F.R. § 0.21. Obtaining that approval ordinarily takes several weeks, and here, given staff absences relating to the upcoming holidays and the press of other business handled by undersigned counsel, it will likely take even longer.

Undersigned counsel has conferred with counsel for the plaintiff and for the defendants, who do not oppose this request.

Dated: December 5, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director

*/s/  Kevin Wynosky*
KEVIN WYNOSKY (PA Bar No. 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

On December 5, 2022, I electronically submitted this document to the Clerk of Court of the U.S. District Court for the District of Maryland using the Court's electronic case filing system. I certify that I have served all parties electronically or another way authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kevin Wynosky*
Kevin Wynosky (PA Bar No. 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov
